## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 23-CV-03708

Plaintiff:
**CHRISTOPHER STEWART**

vs.

Defendant:
**TD BANK, NA**

For:
SCHLANGER LAW GROUP, LLP
80 Broad Street
Suite 1301
New York, NY 10004

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **TD BANK, NA, 1701 ROUTE 70 EAST, CHERRY HILL, NJ 08034**.

I, Pat Williams, being duly sworn, depose and say that on the **13th day of July, 2023** at **11:15 am, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to **MARRY NUSSBAUM** as **MANAGER/AUTHORIZED AGENT**, who stated they are authorized to accept service for: **TD BANK, NA** at the address of: **1701 ROUTE 70 EAST, CHERRY HILL, NJ 08034**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 135, Hair: GRAY, Glasses: Y

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 14th day of July, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTOPHER J. MULLEN
Commission # 2389225
Notary Public - State of New Jersey
My Commission Expires
September 03, 2024

**Pat Williams**
Process Server

**COURT HOUSE LEGAL SERVICES, INC.**
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2023007376
Ref: STEWART, CHRISTOPHER